RECEIVED

MAR 1 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KELLY VALVE SALES<br>& SERVICE, INC. | CIVIL ACTION NO. 07-1725 |
| | JUDGE MELANÇON |
| VS. | |
| | MAGISTRATE JUDGE METHVIN |
| CAMERON INT'L  CORP.<br>(f/k/a Cooper Cameron Corp.) | |

## *JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff Kelly Valve Sales & Services, Inc. ("Kelly Valve") alleges that it provides sales and services of valves to companies engaged in drilling for minerals and that Diamond Offshore Drilling, Inc. ("Diamond') was one of its significant customers for many years.[1] Kelly Valve alleges that defendant Cameron International Corp. f/k/a Cooper Cameron Corp. ("Cameron") performed valve repairs for its customers, including Diamond.  Kelly Valve further alleges that Cameron failed to satisfactorily repair twenty-three of Diamond's valves, and Kelly was ultimately required to replace thirteen of the valves at its sole expense.  Kelly alleges that, because of Cameron's failure to repair the valves, Diamond discontinued doing business with Kelly, causing Kelly to suffer a significant loss of revenues and profits.

---

[1] Rec. Doc. 1-2.

2

Kelly seeks damages for replacement cost for the thirteen valves, lost profits due to the loss of Diamond as a customer; and other damages to be proven at trial.[2]  Kelly states in the parties' Rule 26(f) Report that its cost to replace the valves was $97,605.68.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on March _____ 14 _____, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 3/17/08
BY: CW
TO: hem

---

[2] Kelly did not state that the damages were insufficient for federal court jurisdiction.  *See* La. Civ. Code Art. 893 (requiring an allegation regarding the amount of damages when necessary to establish the ". . . lack of jurisdiction of federal courts due to insufficiency of damages . . .").  Further, Kelly alleges that it has suffered damages in an amount which exceeds the jurisdictional limit for trial by jury in state court.  In Louisiana state courts, a plaintiff must claim damages exceeding $50,000 in order to qualify for a jury trial.  *See* La. Civ. Code Art. 1732(1).